**EXHIBIT A**
**LIST OF DEFENDANTS**

| Claim # or ECF # | Creditor | Notice Address | Notice City | Notice State | Notice Zip | Payment Address | Payment City | Payment State | Payment Zip |
|---|---|---|---|---|---|---|---|---|---|
| 36139 | Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund | Popular Fiduciary Services Popular Center North Building 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 | | | | |
| 46131 | Banco Popular De Puerto Rico, As Trustee | Popular Fiduciary Services Popular Center North Building 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 | | | | |
| ECF No. 5979 | Brigade Capital Management, LP | 399 Park Avenue, Suite 1600 | New York | NY | 10022 | | | | |
| ECF No. 5979 | Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor | Los Angeles | CA | 90067 | | | | |
| ECF No. 4855 | Goldentree Asset Management LP | 300 Park Avenue | New York | NY | 10022 | | | | |
| ECF No. 6907 | Goldentree Asset Management LP | 300 Park Avenue, 21st Floor | New York | NY | 10021 | | | | |
| ECF No. 6907 | Knighthead Capital Management, LLC | 1140 Avenue of the Americas, 12th Floor | New York | NY | 10036 | | | | |
| ECF No. 3776 | Oppenheimerfunds, Inc. | 350 Linden Oaks | Rochester | NY | 14625 | | | | |
| ECF No. 6907 | Oppenheimerfunds, Inc. | 350 Linden Oaks | Rochester | NY | 14625 | | | | |
| 36097 | Popular High Grade Fixed Income Fund, Inc. | Popular Fiduciary Services Popular Center North Building 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 | | | | |
| 43760 | Popular Income Plus Fund, Inc. | Popular Fiduciary Services Popular Center North Building 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 | | | | |
| ECF No. 3776 | Santander Asset Management, LLC | GAM Tower 2nd Floor 2 Tabonuco Street | Guaynabo | PR | 06968 | | | | |
| ECF No. 2484 | Taconic Capital Advisors L.P. | 280 Park Avenue, 5th Floor | New York | NY | 10017 | | | | |
| 67396 | Taconic Master Fund 1.5 L.P. | Attn: Erin E. Rota 280 Park Avenue, 5th Floor | New York | NY | 10017 | Attn: Elizabeth Bressler, DB USA Core Corporation 5022 Gate Parkway, Suite 500 | Jacksonville | FL | 32256 |
| 66482 | Taconic Opportunity Master Fund L.P. | Attn: Erin E. Rota 280 Park Avenue, 5th Floor | New York | NY | 10017 | Attn: Elizabeth Bressler, DB USA Core Corporation 5022 Gate Parkway, Suite 500 | Jacksonville | FL | 32256 |