Case:19-00365-LTS Doc#:10 Filed:07/25/19 Entered:07/25/19 15:52:06 Desc: Main
Document Page 1 of 26

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund**
> **c/o Popular Fiduciary Services**
> **Popular Center North Building**
> **209 Munoz Rivera, Ave., 2nd Level**
> **Hato Rey, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: <u>07/15/2019</u>

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

        Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund
        Popular Fiduciary Services
        Popular Center North Building
        209 Munoz Rivera, Ave., 2nd Level
        Hato Rey PR 00918

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature _/s/ Nuno Cardoso_____

       Print Name:      Nuno Cardoso

       Business Address:      Prime Clerk LLC

                          60 E. 42nd Street, Suite 1440

                          New York NY 10165

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>Debtor | Case No.: 17-bk-3567-LTS |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>Defendants | Adv. Proc. No.: 19-00365 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Banco Popular De Puerto Rico, as Trustee**
> **c/o Popular Fiduciary Services**
> **Popular Center North Building**
> **209 Munoz Rivera, Ave., 2nd Level**
> **Hato Rey, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Banco Popular De Puerto Rico, as Trustee
   Popular Fiduciary Services
   Popular Center North Building
   209 Munoz Rivera, Ave., 2nd Level
   Hato Rey PR 00918

❑  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑  Residence Service: By leaving the process with the following adult at:

❑  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑  Publication: The defendant was served as follows: [Describe briefly]

❑  State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature  /s/ Nuno Cardoso

Print Name:            Nuno Cardoso

Business Address:      Prime Clerk LLC

                       60 E. 42nd Street, Suite 1440

                       New York NY 10165

19-365-2-

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>_____<br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Brigade Capital Management, LP**
> **399 Park Avenue, Suite 1600**
> **New York, NY 10022**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
      Brigade Capital Management, LP
      399 Park Avenue, Suite 1600
      New York NY 10022

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature  /s/ Nuno Cardoso_____

     Print Name:     Nuno Cardoso

     Business Address:    Prime Clerk LLC

               60 E. 42nd Street, Suite 1440

               New York NY 10165

19-365-3

Case:19-00365-LTS Doc#:10 Filed:07/25/19 Entered:07/25/19 13:52:06 Desc: Main
Document Page 7 of 26

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| |
|---|
| **Canyon Capital Advisors LLC**<br>**2000 Avenue of the Stars, 11th Floor**<br>**Los Angeles, CA 90067** |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

      Canyon Capital Advisors LLC
      2000 Avenue of the Stars, 11th Floor
      Los Angeles CA 90067

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso_____

    Business Address:    Prime Clerk LLC_____

                60 E. 42nd Street, Suite 1440___

                New York NY 10165_____

19-365-4

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 5

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Goldentree Asset Management LP**
> **300 Park Avenue, 21st Floor**
> **New York, NY 10021**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: <u>07/15/2019</u>

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

- ■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Goldentree Asset Management LP
    300 Park Avenue, 21st Floor
    New York NY 10021

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

    60 E. 42nd Street, Suite 1440

    New York NY 10165

19-365-5

SRF 34409 - 6

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority, <br><br> Debtor | Case No.: 17-bk-3567-LTS |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al., <br><br> Plaintiffs <br><br> v. | Chapter: PROMESA Title III |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al., <br><br> Defendants | Adv. Proc. No.: 19-00365 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Knighthead Capital Management, LLC**
> **1140 Avenue of the Americas, 12th Floor**
> **New York, NY 10036**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC <br> Attn: Alberto G. Estrella, Esq. <br> P.O. Box 9023596 <br> San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP <br> Attn: Luc A. Despins, Esq. <br> 200 Park Avenue <br> New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC <br> Attn: Juan J. Casillas Ayala, Esq. <br> PO Box 195075 <br> San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: 07/15/2019

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

- ■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Knighthead Capital Management, LLC
  1140 Avenue of the Americas, 12th Floor
  New York NY 10036

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019          Signature _/s/ Nuno Cardoso_____

          Print Name:          Nuno Cardoso_____

          Business Address:          Prime Clerk LLC_____

                    60 E. 42nd Street, Suite 1440_____

                    New York NY 10165_____

19-365-6

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 7

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| |
|---|
| **OppenheimerFunds, Inc.**<br>**350 Linden Oaks**<br>**Rochester, NY 14625** |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: <u>07/15/2019</u>

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:     OppenheimerFunds, Inc.
      350 Linden Oaks
      Rochester NY 14625

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature   */s/ Nuno Cardoso*_____

      Print Name:     Nuno Cardoso_____

      Business Address:     Prime Clerk LLC_____

                   60 E. 42nd Street, Suite 1440_____

                   New York NY 10165_____

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 8

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority, <br><br> Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al., <br><br> Plaintiffs <br><br> v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al., <br><br> Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Popular High Grade Fixed Income Fund, Inc.**
> **c/o Popular Fiduciary Services**
> **Popular Center North Building**
> **209 Munoz Rivera, Ave., 2nd Level**
> **Hato Rey, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Popular High Grade Fixed Income Fund, Inc.
> Popular Fiduciary Services
> Popular Center North Building
> 209 Munoz Rivera, Ave., 2nd Level
> Hato Rey PR 00918

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019      Signature  */s/ Nuno Cardoso*_____

Print Name:      Nuno Cardoso_____

Business Address:      Prime Clerk LLC_____

60 E. 42nd Street, Suite 1440_____

New York NY 10165_____

19-365-8

DPR MODIFIED PROMESA B2500A (Form 2500A) (00/17)

SRF 34409 - 9

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority, <br><br> Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al., <br><br> Plaintiffs <br><br> v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al., <br><br> Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

**Popular Income Plus Fund, Inc.**
**c/o Popular Fiduciary Services**
**Popular Center North Building**
**209 Munoz Rivera, Ave., 2nd Level**
**Hato Rey, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:   Popular Income Plus Fund, Inc.
Popular Fiduciary Services
Popular Center North Building
209 Munoz Rivera, Ave., 2nd Level
Hato Rey PR 00918

❑  Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑  Residence Service: By leaving the process with the following adult at:

❑  Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑  Publication: The defendant was served as follows: [Describe briefly]

❑  State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019      Signature  /s/ Nuno Cardoso

Print Name:      Nuno Cardoso

Business Address:      Prime Clerk LLC

60 E. 42nd Street, Suite 1440

New York NY 10165

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 10

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>_____<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>_____<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>_____<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| |
|---|
| **Santander Asset Management, LLC**<br>**GAM Tower**<br>**2nd Floor**<br>**2 Tabonuco Street**<br>**Guaynabo, PR 06968** |

　　　YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

　　　If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

　　　If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to: Santander Asset Management, LLC
GAM Tower, 2nd Floor
2 Tabonuco Street
Guaynabo PR 00968

❑ Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019      Signature  */s/ Nuno Cardoso*_____

Print Name:      Nuno Cardoso_____

Business Address:      Prime Clerk LLC_____

60 E. 42nd Street, Suite 1440_____

New York NY 10165_____

19-365-10

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

SRF 34409 - 11

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>_____<br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

**Taconic Capital Advisors L.P.**
**280 Park Avenue, 5th Floor**
**New York, NY 10017**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Taconic Capital Advisors L.P.
    280 Park Avenue, 5th Floor
    New York NY 10017

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature _/s/ Nuno Cardoso_____

     Print Name:     Nuno Cardoso_____

     Business Address:     Prime Clerk LLC_____

                                   60 E. 42nd Street, Suite 1440_____

                                   New York NY 10165_____

DPR MODIFIED PROMESA B2500A (Form 2500A) (00/17)

SRF 34409 - 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Taconic Master Fund 1.5 L.P.**
> **Attn: Erin E. Rota**
> **280 Park Avenue, 5th Floor**
> **New York, NY 10017**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

         Taconic Master Fund 1.5 L.P.
         Attn: Erin E. Rota
         280 Park Avenue, 5th Floor
         New York NY 10017

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature _/s/ Nuno Cardoso_____

        Print Name:     Nuno Cardoso

        Business Address:     Prime Clerk LLC

                         60 E. 42nd Street, Suite 1440

                         New York NY 10165

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34409 - 13

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Highways and Transportation Authority,<br><br>_____<br><br>Debtor | Case No.: <u>17-bk-3567-LTS</u> |
| The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting By and Through Its Members, et al.,<br><br>_____<br><br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund, et al.,<br><br>_____<br><br>Defendants | Adv. Proc. No.: <u>19-00365</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| **Taconic Opportunity Master Fund L.P.**<br>**Attn: Erin E. Rota**<br>**280 Park Avenue, 5th Floor**<br>**New York, NY 10017** |
|---|

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| ESTRELLA, LLC<br>Attn: Alberto G. Estrella, Esq.<br>P.O. Box 9023596<br>San Juan, Puerto Rico 00902-3596 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

_____
Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
    to:       Taconic Opportunity Master Fund L.P.
              Attn: Erin E. Rota
              280 Park Avenue, 5th Floor
              New York NY 10017

❑   Personal Service: By leaving the process with the defendant or with an officer or agent
    of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by
    certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of_____, as
    follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019          Signature  /s/ Nuno Cardoso

          Print Name:                  Nuno Cardoso

          Business Address:            Prime Clerk LLC

                                       60 E. 42nd Street, Suite 1440

                                       New York NY 10165

19-365-13