# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors[1]. | PROMESA Title III<br><br>Case No. 17-BK-3283-(LTS)<br><br>(Jointly Administered) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as section 926 trustee of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Plaintiffs,<br><br>v. | Adv. Proc. No. 19-00365-LTS<br><br>PROMESA Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| BANCO POPULAR DE PUERTO RICO AS TRUSTEE FOR POPULAR BALANCED IRA TRUST FUND; BANCO POPULAR DE PUERTO RICO, AS TRUSTEE; BRIGADE CAPITAL MANAGEMENT, LP; CANYON CAPITAL ADVISORS LLC; GOLDENTREE ASSET MANAGEMENT LP; KNIGHTHEAD CAPITAL MANAGEMENT, LLC; OPPENHEIMERFUNDS, INC.; POPULAR HIGH GRADE FIXED INCOME FUND, INC.; POPULAR INCOME PLUS FUND, INC.; SANTANDER ASSET MANAGEMENT, LLC; TACONIC CAPITAL ADVISORS L.P.; TACONIC MASTER FUND 1.5 L.P.; TACONIC OPPORTUNITY MASTER FUND L.P.<br><br>      Defendants. |

## CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Defendant Service List attached here to as **Exhibit A**:

- Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds [Docket No. 3]

- Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Related to Certain HTA Bonds [Docket No. 3-Spanish Version]

Dated: July 25, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A

Defendants Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Banco Popular De Puerto Rico, as Trustee | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Brigade Capital Management, LP | 399 Park Avenue, Suite 1600 | | | New York | NY | 10022 |
| Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor | | | Los Angeles | CA | 90067 |
| Goldentree Asset Management LP | 300 Park Avenue, 21st Floor | | | New York | NY | 10021 |
| Knighthead Capital Management, LLC | 1140 Avenue of the Americas, 12th Floor | | | New York | NY | 10036 |
| OppenheimerFunds, Inc. | 350 Linden Oaks | | | Rochester | NY | 14625 |
| Popular High Grade Fixed Income Fund, Inc. | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Popular Income Plus Fund, Inc. | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Santander Asset Management, LLC | GAM Tower, 2nd Floor | 2 Tabonuco Street | | Guaynabo | PR | 00968 |
| Taconic Capital Advisors L.P. | 280 Park Avenue, 5th Floor | | | New York | NY | 10017 |
| Taconic Master Fund 1.5 L.P. | Attn: Erin E. Rota | 280 Park Avenue, 5th Floor | | New York | NY | 10017 |
| Taconic Opportunity Master Fund L.P. | Attn: Erin E. Rota | 280 Park Avenue, 5th Floor | | New York | NY | 10017 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Page 1 of 1