**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors[1]. | PROMESA Title III<br><br>Case No. 17-BK-3283-(LTS)<br>(Jointly Administered) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>   and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>   as section 926 trustee of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>   Plaintiffs,<br><br>v. | Adv. Proc. No. 19-00365-LTS<br><br>PROMESA Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

BANCO POPULAR DE PUERTO RICO AS
TRUSTEE FOR POPULAR BALANCED IRA
TRUST FUND; BANCO POPULAR DE PUERTO
RICO, AS TRUSTEE; BRIGADE CAPITAL
MANAGEMENT, LP; CANYON CAPITAL
ADVISORS LLC; GOLDENTREE ASSET
MANAGEMENT LP; KNIGHTHEAD CAPITAL
MANAGEMENT, LLC; OPPENHEIMERFUNDS,
INC.; POPULAR HIGH GRADE FIXED INCOME
FUND, INC.; POPULAR INCOME PLUS FUND,
INC.; SANTANDER ASSET MANAGEMENT,
LLC; TACONIC CAPITAL ADVISORS L.P.;
TACONIC MASTER FUND 1.5 L.P.; TACONIC
OPPORTUNITY MASTER FUND L.P.

    Defendants.

## CERTIFICATE OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached here to as **Exhibit A**:

- Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto (Together with the Spanish Translation) [Docket No. 14]

- Interim Case Management Order (Together with the Spanish Translation)  [Docket No. 15]

- Order Partially Amending Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto (Docket Entry No. 9618), and Setting Deadline for Further Responses to Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report (Docket Entry No. 9638) (Together with the Spanish Translation) [Docket No. 16]

- Amended and Restated Order Addressing the Filing of an Amended Report by the
  Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C)
  Certain Deadlines Related Thereto (Together with the Spanish Translation)
  [Docket No. 17]


Dated: January 14, 2020

_____

Stephanie Jordan

State of New York

County of New York


Subscribed and sworn to (or affirmed) before me on January 14, 2020, by Stephanie Jordan,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.


Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

3

SRF 38750

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | Name | Adresss 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 2152288 | Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund | Popular Fiduciary Services, Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| 2151873 | Banco Popular De Puerto Rico, as Trustee | Popular Fiduciary Services, Popular Center North Building, 209 Munoz Rivera, Ave., 2nd Level | | Hato Rey | PR | 00918 |
| 2151894 | Brigade Capital Management, LP | 399 Park Avenue, Suite 1600 | | New York | NY | 10022 |
| 2151542 | Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor | | Los Angeles | CA | 90067 |
| 2152292 | Goldentree Asset Management LP | 300 Park Avenue, 21st Floor | | New York | NY | 10021 |
| 2152293 | Knighthead Capital Management, LLC | 1140 Avenue of the Americas, 12th Floor | | New York | NY | 10036 |
| 2151883 | OppenheimerFunds, Inc. | 350 Linden Oaks | | Rochester | NY | 14625 |
| 2152295 | Popular High Grade Fixed Income Fund, Inc. | Popular Fiduciary Services, Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| 2152296 | Popular Income Plus Fund, Inc. | Popular Fiduciary Services, Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| 2151886 | Santander Asset Management, LLC | GAM Tower, 2nd Floor, 2 Tabonuco Street | | Guaynabo | PR | 06968 |
| 2152298 | Taconic Capital Advisors L.P. | 280 Park Avenue, 5th Floor | | New York | NY | 10017 |
| 2152299 | Taconic Master Fund 1.5 L.P. | Attn: Erin E. Rota, 280 Park Avenue, 5th Floor | | New York | NY | 10017 |
| 2152300 | Taconic Opportunity Master Fund L.P. | Attn: Erin E. Rota, 280 Park Avenue, 5th Floor | | New York | NY | 10017 |